UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY,<br><br>      Plaintiff,<br><br>  -against-<br><br>HUDSON EXCESS INSURANCE COMPANY,<br><br>      Defendant. | 24-cv-7582 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

    Plaintiff The Travelers Indemnity Company ("Travelers") filed a complaint seeking a declaratory judgment that defendant Hudson Excess Insurance Company ("Hudson") is obligated to defend and indemnify parties in an underlying action in New York State Supreme Court arising from injuries that employees Henry Melendez and Jose David Artiga Lopez allegedly sustained while working at a construction site. Travelers has now moved for partial summary judgment as to the duty to defend and Hudson has moved for summary judgment as to all of Travelers's claims. After careful consideration, the Court's grants Travelers's motion and denies Hudson's motion. An Opinion explaining the reasons for this ruling will issue in due course, after which the Court will schedule a conference concerning the amount of legal fees to which Travelers is entitled.

    SO ORDERED.

New York, NY
5/15, 2025

                                        JED S. RAKOFF, U.S.D.J.