```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY,<br><br>      Plaintiff,<br><br>  -v-<br><br>HUDSON EXCESS INSURANCE COMPANY,<br><br>      Defendant. | 24-cv-7582 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

    Defendant Hudson Excess Insurance Company ("Hudson"), in opposing plaintiff Travelers Indemnity Company's ("Travelers") motion for judgment, see ECF No. 35, contends that Travelers relies on an affidavit from Deborah Hudson to substantiate its defense costs for 21 West 86 LLC, even though Travelers had not previously identified her as a person with knowledge. Hudson does not appear to dispute that Deborah Hudson was first disclosed only in connection with the present motion. See ECF No. 37 at 6.

    Accordingly, the Court authorizes Hudson to depose the witness, Deborah Hudson, on or before October 9, 2025, should it elect to do so. If, as a result of such deposition, further written submissions to the Court are sought, the parties should jointly call the Court no later than October 14, 2025 to schedule such submissions.

    SO ORDERED.

Dated:   New York, NY
       October 2, 2025

                                          JED S. RAKOFF, U.S.D.J.