UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
THE TRAVELERS INDEMNITY COMPANY,

                    Plaintiff,

        -against-

HUDSON EXCESS INSURANCE COMPANY,

                 Defendant.
----------------------------------------------------------------------X

Docket No.: 1:24-cv-07582 (JSR)

**[PROPOSED] JUDGMENT**

     Following summary judgment practice in this insurance coverage dispute, this Honorable Court issued an Order dated June 10, 2025, which granted Plaintiff, The Travelers Indemnity Company's ("Travelers"), partial motion for summary judgment against Defendant, Hudson Excess Insurance Company ("Hudson"). *See* ECF No. 32.

     After further consideration of Travelers' Motion for Money Judgment against Hudson, this Honorable Court granted Travelers' motion in its entirety. *See* ECF No. 42. Accordingly, it is hereby **ORDERED, ADJUDGED** and **DECREED** as follows:

1. Hudson has a duty to defend Masterpiece US Inc. ("Masterpiece") and 21 West 86 LLC ("21 West") in connection with an underlying action pending in the Supreme Court of the State of New York, County of Bronx, styled *Henry Melendez, et al. v. 21 West 86 LLC, et al.,* Index Number 26667/2016E (the "Underlying Action").

2. Hudson's defense obligation to Masterpiece and 21 West in the Underlying Action is primary and non-contributory.

3. Travelers' defense obligation to Masterpiece and 21 West in the Underlying Action is excess to that of Hudson.

Case 1:24-cv-07582-JSR    Document 43    Filed 12/01/25    Page 2 of 2

4.  Hudson shall pay to Travelers the full principal amount of $346,331.25 in defense costs that Travelers incurred in defending Masterpiece and 21 West through September 4, 2025, plus $74,984.23 in accrued statutory interest at a rate of 9% per annum in accordance with CPLR § 5004 as of December 1, 2025, amounting to a total of $421,315.48.

5.  Statutory interest will continue to accrue at a rate of 9% per annum until the above-referenced judgment is satisfied.

**SO ORDERED.**

Dated:  New York, NY
       December 2, 2025

                                   Hon. Jed S. Rakoff
                               United States District Judge